UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

MADISON JEAN PERRY,                    )
                                       )
          Plaintiff,                   )
                                       )
v.                                     )          NO. 2:20-CV-00168-SKL
                                       )
ANDREW SAUL,                           )
Commissioner of Social Security,       )
                                       )
          Defendant.                   )

## **<u>JUDGMENT</u>**

Pursuant to and consistent with the Agreed Order of Remand Under Sentence Four of 42

U.S.C. § 405(g) [Doc. 20], this action is **DISMISSED**.

<u>s/John L. Medearis</u>
John L. Medearis
CLERK OF COURT
